

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

ELSEVIER, INC., MOSBY, INC. : **'08 CIV 4960**
AND ELSEVIER BV,
:
            Plaintiffs,
:

   -against-                08 Civ.
:

ARJUN SAGAR AND NISHANT SAGAR
BOTH D/B/A HALF PRICE D/B/A
SUPERPRICE D/B/A BOOKSDISCOUNT :
D/B/A RELIABLE BOOK SERVICE
D/B/A BOOKZORRO D/B/A :
PREMIUM BOOKS D/B/A PATMARKET
D/B/A IBOOKSTORE D/B/A :
GLOBALRETAILOUTLET AND
JOHN DOES NOS. 1-5,

:
            Defendants.
:
- - - - - - - - - - - - - - - - - x

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Elsevier, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party, except Reed Elsevier NV and Reed Elsevier PLC.

DATE: 5/29/08

SIGNATURE OF ATTORNEY