# United States District Court

**SOUTHERN** DISTRICT OF **NEW YORK**

ELSEVIER, INC., MOSBY, INC.
AND ELSEVIER BV,

        Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

ARJUN SAGAR AND NISHANT SAGAR BOTH
D/B/A HALF PRICE, ET AL.,

        Defendants.

*Judge Berman*

**08 CIV 4960**

TO: (Name and address of defendant)

  Arjun Sagar d/b/a Half Price
  9760 Lakemoore CV
  Villa Rica, Georgia 30180-3357

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

  William Dunnegan
  Dunnegan LLC
  350 Fifth Avenue
  New York, New York 10118

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAY 29 2008

CLERK

DATE

(BY) DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSEVIER, INC.; et al., | CIVIL ACTION |
| PLAINTIFFS, | NO. 08 CIV 4960 |
| VS. | |
| ARJUN SAGAR AND NISHANT SAGAR BOTH D/B/A HALF PRICE; et al. | |
| DEFENDANTS. | |

## AFFIDAVIT OF SERVICE

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Donnie C. Briley, who, first being duly sworn, on oath deposes and states that he is a citizen of the United States and 18 years of age or older and is a party having no interest in the above-styled case. Affiant further states that on June 21, 2008 at 4:20 p.m., I served Arjun Sagar d/b/a Half Price by personally serving an Indian male and female at the door of the residence located at 9760 Lakemoore Cove, Villa Rica, Georgia with the following: Summons; Complaint; and Case Management Plan.

The male fit the following physical description: Indian, black curly hair, 20-30 years old, 5'7" in height, 165 pounds.

The female fit the following physical description: Indian, long hair, glasses, 50ish years old, 5'3" in height, 150 pounds.

I declare under penalty of perjury that the foregoing is true and correct.

This _____25____ of June, 2008.

Process Server
MLQ Attorney Services
2000 Riveredge Parkway
Suite 885
Atlanta, GA 30328
(770) 984-7007

Subscribed and sworn to
Before me this 25th
Day of June, 2008,
And notarized by me on this date.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSEVIER, INC., MOSBY, INC., AND ELSEVIER BV, | CIVIL ACTION NO.: 08 Civ 4960 |
| PLAINTIFFS, | |
| VS. | |
| ARJUN SAGAR AND NISHANT SAGAR BOTH D/B/A HAL PRICE; etc., | |
| DEFENDANTS. | |

## AFFIDAVIT OF DUE DILIGENCE

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Donnie C. Briley, who, first being duly sworn, on oath deposes and states that he is a citizen of the United States and 18 years of age or older and is a party having no interest in the above-styled case. Affiant further states that he attempted to serve Arjun Sagar d/b/a Half Price at 9760 Lakemoore CV, Villa Rica, Georgia. The attempt to serve was unsuccessful because:

1. Attempted service on 06/08/2008 at 5:35 pm. Current resident purchased the house from the above approximately 3 years ago.

I declare under penalty of perjury that the foregoing is true and correct.

This ____11th____ of June, 2008.

_____
Process Server
MLQ Attorney Services
2000 Riveredge Parkway
Suite 885
Atlanta, GA  30328
(770) 984-7007

Subscribed and sworn to
Before me this ___11th___
Day of June, 2008,
And notarized by me on this date.

_____
Notary Public