## LAW OFFICES OF
## TODD WENGROVSKY, PLLC.

285 SOUTHFIELD ROAD, BOX 585
CALVERTON, NEW YORK 11933
TEL (631) 727-3400
FAX (631) 727-3401
CONTACT@TWLEGAL.COM
PATENT, TRADEMARK, AND COPYRIGHT LITIGATION



RECEIVED JUL 07 2008 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

VIA FAX

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

July 7, 2008

**MEMO ENDORSED**

Re: Elsevier, Inc. et. al. v. Arjun Sagar, et. al., 08-CV-4960

Judge Berman:

    Further to my telephone call to chambers, my office was retained late this afternoon to represent Defendants in the above-referenced action.

    I have just been advised that a Conference has been scheduled for tomorrow morning, Tuesday, July 8, 2008 at 9:30am, and I am unable to appear for same. As such, I respectfully request an adjournment of the Conference. Such would also provide time for counsel to confer regarding the Case Management Plan and discuss settlement possibilities.

    I have contacted Plaintiff's attorney, William Dunnegan, and opposing counsel has consented to an adjournment.

    Should you require any additional information, please contact me at (631) 727-3400.

*Application granted. Conference adjourned to 7/31/08 at 9:00 a.m.*

SO ORDERED:
Date: 7/7/08
Richard M. Berman, U.S.D.J.

Respectfully submitted,

Todd Wengrovsky

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/2008

07/07/08   MON 16:49   [TX/RX NO 8528]