USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ELSEVIER, INC., MOSBY, INC. AND
ELSEVIER BV.,

                Plaintiffs,

-against-

ARJUN SAGAR, NISHANT SAGAR,
AND JOHN DOE NOS. 1-5,

                Defendants.
-----------------------------------------------------------X

STIPULATION

Index No. 08-CV-4960
(RMB)

It is hereby stipulated and agreed to by the undersigned that the time for Defendants to answer or otherwise respond to the Complaint is hereby extended until July 29, 2008.

**See Court's rules regarding the filing of motions.**

Dated: New York, New York
       July 15, 2008

LAW OFFICES OF TODD
WENGROVSKY, PLLC.

By: _____
TODD WENGROVSKY (TW4823)
285 Southfield Road, Box 585
Calverton, NY 11933
Tel (631) 727-3400
Fax (631) 727-3401
*Attorney for Defendants*

DUNNEGAN LLC

By: _____
WILLIAM DUNNEGAN (WD9316)

350 Fifth Avenue
New York, NY 10118
Telephone: (212) 332-8300
*Attorneys for Plaintiffs*

SO ORDERED.

_____
Hon. Richard M. Berman
7/16/08