AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number: 08-CV-4960

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants ARJUN SAGAR and NISHANT SAGAR

I certify that I am admitted to practice in this court.

| 7/21/2008 | | |
|---|---|---|
| Date | Signature | |
| | Todd Wengrovsky | TW4823 |
| | Print Name | Bar Number |
| | 285 Southfield Road, Box 585 | |
| | Address | |
| | Calverton    NY | 11933 |
| | City    State | Zip Code |
| | (631) 727-3400 | (631) 727-3401 |
| | Phone Number | Fax Number |