UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ELSEVIER, INC., MOSBY, INC. AND
ELSEVIER BV.,

                        Plaintiff,                         **DEFENDANTS'**
        -against-                                      **RULE 7.1 STATEMENT**

                                                                    Index No. 08-CV-4960

ARJUN SAGAR, NISHANT SAGAR,
AND JOHN DOE NOS. 1-5,

                        Defendants.
-------------------------------------------------------------------X

    Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants certify that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

    **NONE**.

Dated:  Calverton, New York.
           July 21, 2008

                                                  /s/ Todd Wengrovsky
                       .                         Todd Wengrovsky - TW4823
                                                  Law Offices of
                                                  Todd Wengrovsky, PLLC.
                                                  285 Southfield Road, Box 585
                                                  Calverton, NY 11933
                                                  Tel (631) 727-3400
                                                  *Attorney for Defendants*