UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Elsevier, Inc. et al.,
        Plaintiff(s),

-v-

Sagar, et al.,

        Defendant(s).
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08

**Case Management Plan**

__08__ CV. __4960__ (RMB)

      The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by __8/31/08__

(ii) Amend the pleadings by __9/30/08__

(iii) All discovery to be expeditiously completed by __11/14/08__

(iv) Consent to Proceed before Magistrate Judge __n/a__

(v) Status of settlement discussions __commenced and ongoing__ _11/18/08 @ 10:30 with principals_

**Sections vi through xi will be set at conference with the Court.**

(vi) Motions _____

(vii) Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix) Final Pre-Trial Conference _____

(x) Trial _____

(xi) Other _Refer discovery to Magistrate Judge_

SO ORDERED: New York, New York
          July 31, 2008

_RMB_
Hon. Richard M. Berman, U.S.D.J.