UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
ELSEVIER, INC.; MOSBY, INC.;                :
AND ELSEVIER BV
                Plaintiffs,    :
                                      CASE NO. 08-CV-04960
      v.                          :   (Judge Berman)

ARJUN SAGAR AND NISHANT                     :
SAGAR BOTH D/B/A SUPERPRICE
D/B/A BOOKDISCOUNT D/B/A                    :   **NOTICE OF WITHDRAWAL OF**
RELIABLE BOOK SERVICE D/B/A                     **COUNSEL**
BOOKZONE D/B/A PREMIUM BOOKS
D/B/A PATMARKET D/B/A
IBOOKSTORE D/B/A PREMIUM
BOOKS D/B/A GLOBAL RETAIL
OUTLET D/B/A AND JOHN DOES 1-5
                Defendants.

---------------------------------- x


      PLEASE TAKE NOTICE that Nikitas E. Nicolakis is no longer affiliated with Dunnegan, LLC or Perkins & Dunnegan, and hereby withdraws from representing Plaintiffs, in the above captioned case. The following counsel remains on behalf of Plaintiffs:

**William Irvin Dunnegan**
Perkins & Dunnegan
45 Rockefeller Plaza
New York, NY 10111
(212) 332-8300
Fax: (212) 332-8301
Email: wd@dunnegan.com

**Error! Unknown document property name.**

Dated: New York, New York  
    August 06, 2008          Respectfully submitted,  
                              DREIER LLP

                              By: /s/Nikitas E. Nicolakis  
                                  Nikitas E. Nicolakis (NN 1325)  
                            499 Park Avenue  
                            New York, New York 10022  
                            Telephone:  (212) 652-3707  
                            Facsimile:   (212) 600-9499

**Error! Unknown document property name.**

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6th, 2008, I caused a true copy of the foregoing *Notice of Withdrawal of Counsel* to be electronically filed with the Clerk of Court using CM/ECF, which will send notification to the following:

**Todd Wengrovsky**
Law Offices of Todd Wengrovsky, PLLC
285 Southfield Road
Box 585
Calverton, NY 11933
(631) 727-3400
Email: contact@twlegal.com

                        /s/Nikitas E. Nicolakis
                        Nikitas E. Nicolakis

**Error! Unknown document property name.**